NUMBER 13-00-370-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


TERRY ALLEN POZYSKI, SR., Appellant


v.



CHARLENE A. POZYSKI, Appellee.

____________________________________________________________________


On appeal from the 329th District Court


of Wharton County, Texas.


____________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion Per Curiam



 Appellant, TERRY ALLEN POZYSKI, SR., perfected an appeal from
a judgment entered by the 329th District Court of Wharton County,
Texas, in cause number 34,964-S. The notice of appeal was filed on
June 13, 2000. The record was due on July 17, 2000. 

 On August 14, 2000, the District Clerk notified this Court that the
clerk's record had not been filed because appellant had failed to pay or
make arrangements to pay the clerk's fee for preparing the clerk's
record. On November 13, 2000, notice was given, pursuant to Tex. R.
App. P. 37.3, that this appeal would be dismissed for want of
prosecution unless this defect was cured. To date, appellant has failed
to respond to this Court's notice.

 The Court, having examined and fully considered the documents
on file, appellant's failure to pay or make arrangements to pay the
clerk's fee for preparing the clerk's record, this Court's notice, and
appellant's failure to respond, is of the opinion that the appeal should
be dismissed for want of prosecution. The appeal is hereby DISMISSED
FOR WANT OF PROSECUTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 21st day of December, 2000